IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

(EUGENE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:13-CR-521-mc |
| Plaintiff, | INFORMATION |
| v. | [18 U.S.C. § 1349] |
| BRYAN W. GRUETTER, | Conspiracy to Commit Wire Fraud |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**GENERAL ALLEGATIONS**

At all times relevant to this Information:

1. Defendant resided in or around Bend, Oregon, and was a lawyer licensed to practice in Oregon.

2. Defendant primarily worked personal injury, insurance dispute, and wrongful death cases and had law offices in Portland and Bend, Oregon, under the name Law Offices of Bryan W. Gruetter PC.

3. On February 3, 2012, the Oregon State Bar took custody of defendant's law practice.

4. On March 9, 2012, defendant resigned his law license, desiring not to contest allegations that he neglected clients' legal matters, failed to communicate with clients, and failed

to deliver funds to clients.

5. Between January 2008 and January 2012, defendant illegally diverted approximately $1.1 million of his clients' money.

## COUNT ONE

### (Conspiracy to Wire Fraud)

6. Paragraphs 1-5 of the Introductory Allegations are incorporated herein.

7. Beginning in or about January 2008 and continuing through January 2012, in the District of Oregon and elsewhere, defendant and others, known and unknown, knowingly and willfully conspired, combined, confederated, and agreed together and with each other to commit wire fraud in violation of 18 U.S.C. § 1343.

8. It was part of the manner and means and scheme to defraud that defendant and others knowingly diverted more than $1.1 million in client retainers and settlement funds via interstate wire transfers. The illegally diverted money was the clients' money paid in the form of a retainer or the clients' portion of settlements defendant secured on his clients' behalf. Defendant and others used the clients' money to pay for personal and business expenses rather than to pay the clients or to pay the clients' legal, medical, insurance, or other associated costs as promised.

All in violation of 18 U.S.C. § 1349.

DATED this 1st day of November 2013.

S. AMANDA MARSHALL
United States Attorney

SCOTT E. BRADFORD
Assistant U.S. Attorney

INFORMATION - Page 2